IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| HENRY FITZGERALD HUDSON, #573956 | § | |
| VS. | § | CIVIL ACTION NO. 6:06cv245 |
| TEXAS BOARD OF PARDONS AND PAROLES, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Henry Fitzgerald Hudson, a prisoner confined in the Texas prison system, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 against the Texas Board of Pardons and Paroles and Texas Department of Criminal Justice - Parole Division because he has been denied time credit in conjunction with the revocation of his parole.  The complaint was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the lawsuit should be dismissed as frivolous and for failure to state a claim upon which relief may be granted in accordance with 28 U.S.C. § 1915A(b)(1).  The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit.  Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.  It is accordingly

**ORDERED** that the cause of action is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). All motions by either party not previously ruled on are hereby denied.

It is further noted that the objections contain offensive personal attacks against Magistrate Judge Love. The Plaintiff is warned that he may be sanctioned in the future if he files any documents in the future that include such offensive personal attacks.

**SIGNED this 6th day of July, 2006.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE